# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

___Evergreen Aviation Ground Logistics Enterprises, Inc.________ 06-11 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] _Frederick W. Claybrook, Jr.__________

Firm Name: _Crowell & Moring LLP__________

Post Office Box: ____________

Street Address: _1001 Pennsylvania Ave. NW, __________

City-State-Zip: _Washington, DC 20004__________

Telephone & Facsimile Numbers: _(202)_Phone 624-2695 & Fax 628-5116_____

E-mail address: _RClaybrook@crowell.com__________

Is the attorney of record admitted to the Court of Federal Claims Bar? _YES_______
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

____________

____________

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ N/A__________

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ____________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2