# In The United States Court of Federal Claims

No. 06-11 C

(Filed: January 31, 2006)

EVERGREEN AVIATION GROUND
LOGISTICS ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 4, 2006, plaintiff filed a "Motion to Expedite," seeking to reduce the time period for the filing of defendant's response to plaintiff's complaint and the joint preliminary status report. The motion is hereby **DENIED**. On or before March 6, 2006, defendant shall file its response to plaintiff's complaint. Motions for enlargement of this time period or any future time periods in this case will be disfavored by the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge