IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC., Plaintiff, | ) | No. 06-11C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. Plaintiff, Evergreen Aviation Ground Logistics Enterprises, Inc. ("EAGLE"), provides logistical transportation-related services to the Government and commercial customers. Compl. ¶ 3.

2. In 2001, EAGLE and the United States Postal Service ("USPS" or the "Postal Service") formed three contracts by which EAGLE agreed to perform mail-handling services for USPS: contract numbers SNET-01-PR, SNET-01-SER, and SNET-01-GLR. Compl. ¶ 5, A 4.[1] These contracts had a beginning dates of August 27, 2001 and an expiration date of August 26, 2006, with three one-year options available to USPS. Compl. ¶ 5.

3. Under the contracts, EAGLE provided services supporting USPS's air transportation network. For outgoing mail, these services included scanning and loading the mail from USPS equipment into containers provided by the air carrier

[1] "A __" refers to parties' Reformed Contract, filed as the appendix to defendant's brief.

transporting the mail for USPS. A 12. For incoming mail, these services included unloading the mail from air containers, scanning it, and separating for local delivery. A 12. EAGLE provided these services at 23 airports across the United States. A 8.

4. In early 2003, EAGLE and USPS amended their contracts. The amended agreements (collectively referred to as the “Reformed Contract”), which include mail-handling services in support of the Postal Service’s ground network, has an effective date of March 1, 2003, and the same ending date and option periods as before. Compl. ¶ 7.

5. Under the Reformed Contract, EAGLE provides material handling services in support of the Postal Service's air and ground networks at 23 airports in three geographic regions: the Southeast, the Great Lakes, and the Pacific. A 11, 14, 67. The material handling services consist of unloading express, priority, and first-class mail at the destination airports after air transport, then scanning the mail and sorting it for delivery to local processing and distribution centers; and, second, receiving delivery of express, priority, and first-class mail from local processing and distribution centers, scanning it, sorting it by destination airport, and placing it into containers for air transport. A 11, 14, 67.

6. The Reformed Contract states:

> The purpose of these performance based service contracts is for the Postal Service to purchase and the Terminal Handling Supplier (THS) to provide integrated material handling services in support of the United States Postal Service's air and ground networks. The parties anticipate that the Postal Service will provide to the THS approximately 1.25 billion pounds of mail during each calendar year of the three contracts (SNET-01-GLR, SNET-01-PR, SNET-0l-SER) and that the annual contract compensation for 1.25 billion pounds is estimated to be approximately $46.8 million, including fixed and variable costs. However, the parties recognize that the Postal Service does not guarantee a minimum weight of mail will be provided to the THS, and does not guarantee that annual compensation will total $46.8 million dollars. Actual compensation will vary according to the actual weight and density of mail provided to the THS in accordance with Sections A.1.b through A.1.j.

A 4.

7. The Reformed Contract also states: "The Supplier shall be compensated for its mail handling service pursuant to the density-based adjusting scale (the sliding scale). The per pound price by air stop is shown on schedule A.2.b." A 4. Under the Reformed Contract, "[v]ariable cost compensation for a schedule period by air stop will be based upon the baseline weight per schedule period multiplied by the sliding scale price per pound using actual air stop density." A 4-5.

8. The Reformed Contract provides that EAGLE is guaranteed a minimum payment for fixed costs of $6,363,991.40. A8. EAGLE receives this payment in 26 bi-weekly installments: "The Postal Service shall pay the Supplier one twenty-sixth (1/26) of the agreed upon annual price as defined in schedule A.2.a to compensate the supplier for its fixed costs for all three contracts." A 4. Attachment A of the Reformed Contracts contains the baseline weight for each airstop, which is divided into "originating pounds" for outgoing mail and "destinating pounds" for incoming mail. A 66.

9. USPS also pays EAGLE for handling mail. USPS guarantees payment to EAGLE for a minimum volume of mail equal to at least 20 percent of a designated baseline weight for each air stop covered by the Reformed Contract: "If the average daily actual weight is more than 20% below the average daily designated baseline weight during any schedule period, the Postal Service will be entitled to a reduction for each pound less than eighty percent (80%) of the average daily designated baseline weight." A 5.

10. Section B.2 of the Reformed Contract, labeled "Background," states:

> The Postal Service determined that it would acquire the additional integrated material handling capabilities through a competitive outsourcing to qualified suppliers under Solicitation HQ-2001-12, which resulted in a contract between the Postal Service and the terminal handling supplier (referred to throughout the contract documents as "the supplier" or "the THS.").

A 11.

11. Section G.10 of the Reformed Contract prohibits EAGLE from committing "any act that will interfere with the performance of work by any other supplier or by Postal Service employees." A 63.

12. On October 25, 2005, EAGLE requested a final decision from USPS that USPS had an "obligation under the Reformed Contract to provide EAGLE with approximately 1.25 billion pounds of mail annually if such mail was available from its air and ground networks in the regions covered by the Reformed Contract." Compl. ¶ 15. EAGLE also requested a final decision that USPS was in material breach by failing to supply 1.25 billion pounds of mail annually for handling. Compl. ¶ 15.

13. On January 3, 2006, the contracting officer issued a final decision denying EAGLE's claim that USPS was obligated to provide EAGLE with approximately 1.25 billion pounds of mail annually. Compl. Attach. A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DONALD E. KINNER
DONALD E. KINNER
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

MICHAEL F. KIELY
Law Department
United States Postal Service
Washington, D.C. 20260

March 6, 2006

CERTIFICATE OF FILING

I hereby certify that on March 6, 2006, a copy of the foregoing “DEFENDANT’S PROPOSED FINDINGS OF UNCONTROVERTED FACT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS