IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC., Plaintiff, | |
| v. | No. 06-11C<br>Allegra, J. |
| UNITED STATES, Defendant. | |

EAGLE'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, EAGLE moves for summary judgment in its favor. This motion is based on the Proposed Findings of Uncontested Fact, the affidavits of Daniel G. Bonham, Brian T. Bauer, and Jonathan F. Schrock, and the supporting Brief. EAGLE should prevail on the uncontested facts as a matter of law.

WHEREFORE, EAGLE requests that summary judgment be granted in its favor.

Respectfully submitted,

s/Frederick W. Claybrook, Jr.

Frederick W. Claybrook, Jr.
(Counsel of Record)
Daniel R. Forman
Jenny Kim

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500
Attorneys for EAGLE

March 17, 2006