CERTIFICATE OF SERVICE

I certify that on March 17, 2006, a copy of EAGLE's Cross-Motion for Summary Judgment; Brief in Opposition to Defendant's Motion to Dismiss and in Support of EAGLE's Cross-Motion for Summary Judgment; Proposed Findings of Uncontroverted Fact with supporting Affidavits of Daniel G. Bonham, Brian T. Bauer, and Jonathan F. Schrock; and EAGLE's Response to Defendant's Proposed Findings of Uncontroverted Fact was served by hand on:

Paul R. Wellons, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530.

These papers were also filed electronically.

s/Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr.

DCIWDMS: 2734648_1