IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-11C<br>Allegra, J. |

AFFIDAVIT OF JONATHAN F. SCHROCK

County of Yamhill )
) ss:
State of Oregon )

The affiant, Jonathan F. Schrock, being duly sworn, states as follows:

1. I am Internal Auditor of Evergreen Aviation Ground Logistics Enterprises, Inc. I have firsthand knowledge of what I state in this affidavit.

2. As part of my duties, I audit the SNET Reformed Contract.

3. In support of the captioned litigation, I have been requested to compute an estimate of the lost revenue due to USPS not providing EAGLE mail to handle at a rate of 1.25 billion per year.

4. Under Tab 1 to this affidavit, I have calculated the estimated lost revenues for the period of March 1, 2003, through January 20, 2006, to be approximately $28,000,000, or a rate of approximately $10,000,000 per year. In making the calculations, I have taken the actual amount of mail handled and actual densities experienced and have assumed that the increase in pounds would have

been evenly distributed across the various terminals EAGLE services under the Reformed Contract. For this exhibit, I have applied the absorption collar provisions of section A.1.d of the Reformed Contract on the USPS "monthly rounding" basis. I have not applied an escalation factor ("PPI") that was to go into effect on August 27, 2005, as the factor has not yet been agreed upon. Thus, the lost revenues are understated from that date through January 20, 2006.

5. Under Tab 2 attached to this affidavit is a statement of the actual poundage handled under the Reformed Contract, from March 1, 2003, through January 20, 2006, according to EAGLE records, which show more poundage than USPS claims EAGLE has handled.

Further affiant saith not.

Jonathan F. Schrock

Sworn to and subscribed
before me on this 15th
day of March 2006.

Carolyn F. Smithrud
Notary Public
Yamhill County, Oregon

OFFICIAL SEAL
CAROLYN F SMITHRUD
NOTARY PUBLIC - OREGON
COMMISSION NO. 372815
MY COMMISSION EXPIRES NOV. 9, 2007

***Actual Compensation - USPS Claimed Amounts, USPS Absorption Formula, Calculations on a Schedule Period Basis***

| Calc | Base | 4/6/2003 | 5/4/2003 | 6/1/2003 | 6/29/2003 | 8/3/2003 | 8/31/2003 | 9/28/2003 | 10/26/2003 | 11/30/2003 | 12/28/2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 107,764.96 | 88,348.92 | 81,011.90 | 78,258.38 | 94,927.61 | 78,887.07 | 82,536.10 | 88,126.99 | 104,396.04 | 98,105.10 |
| PS | DSM | 78,801.51 | 60,597.23 | 57,713.16 | 60,129.85 | 73,779.23 | 63,128.69 | 59,276.39 | 58,951.37 | 77,762.47 | 72,747.25 |
| PS | DTW | 127,216.99 | 96,165.90 | 84,009.29 | 81,593.40 | 92,995.49 | 77,664.78 | 88,592.36 | 104,542.34 | 122,494.88 | 121,834.24 |
| PS | FSD | 30,844.77 | 22,626.20 | 21,267.74 | 21,715.83 | 28,480.89 | 24,033.35 | 31,637.57 | 39,342.30 | 54,729.54 | 69,060.15 |
| PS | GFK | 37,832.29 | 30,417.21 | 29,135.73 | 30,718.26 | 36,177.22 | 29,616.05 | 29,155.30 | 30,756.39 | 39,355.61 | 46,481.42 |
| PS | GRR | 81,558.10 | 60,380.51 | 56,576.58 | 57,042.79 | 73,684.07 | 57,884.51 | 55,189.46 | 62,350.72 | 77,461.61 | 58,025.49 |
| PS | HNL | 51,806.23 | 36,265.91 | 32,686.51 | 39,494.85 | 45,193.70 | 44,111.53 | 42,475.49 | 46,160.79 | 48,376.92 | 120,639.66 |
| PS | ICT | 33,207.12 | 22,621.78 | 23,498.96 | 24,043.17 | 28,029.63 | 25,423.47 | 23,683.98 | 25,662.55 | 30,997.23 | 38,276.38 |
| PS | IND | 118,869.48 | 108,239.01 | 97,344.41 | 96,849.60 | 117,353.79 | 93,596.48 | 90,077.62 | 95,625.48 | 126,464.50 | 117,161.19 |
| PS | LAX | 468,088.61 | 290,463.10 | 281,317.04 | 293,335.97 | 349,411.40 | 294,516.28 | 327,551.13 | 348,266.49 | 417,861.56 | 386,781.00 |
| PS | MCI | 112,671.56 | 78,800.36 | 74,966.32 | 75,034.43 | 97,636.70 | 80,165.73 | 89,105.74 | 98,593.62 | 113,789.83 | 104,925.69 |
| PS | MCO | 158,911.41 | 119,639.04 | 109,449.17 | 110,501.65 | 132,035.09 | 115,059.63 | 116,918.83 | 131,567.50 | 169,929.30 | 130,066.56 |
| PS | MIA | 318,778.14 | 207,613.61 | 201,171.41 | 207,743.81 | 265,434.25 | 215,380.09 | 219,604.45 | 224,967.80 | 273,586.73 | 253,986.92 |
| PS | MKE | 125,111.37 | 96,388.99 | 88,854.93 | 85,765.02 | 104,591.07 | 83,963.70 | 86,497.46 | 92,597.26 | 125,347.11 | 87,286.25 |
| PS | MSP | 161,752.95 | 107,631.44 | 98,512.20 | 102,985.98 | 131,733.63 | 105,069.60 | 114,388.26 | 123,607.20 | 154,022.82 | 137,501.24 |
| PS | OAK | 439,408.53 | 326,910.91 | 278,342.86 | 272,753.55 | 347,394.58 | 288,494.49 | 329,006.71 | 358,991.54 | 397,905.98 | 443,767.64 |
| PS | OMA | 55,916.82 | 42,322.86 | 37,731.81 | 40,783.64 | 45,660.27 | 36,770.18 | 45,825.94 | 49,660.81 | 60,864.87 | 66,243.83 |
| PS | ONT | 505,793.36 | 343,778.03 | 333,600.74 | 337,100.41 | 423,670.98 | 342,267.75 | 406,237.76 | 417,186.15 | 547,393.72 | 531,752.14 |
| PS | ORD | 116,469.22 | 96,073.41 | 88,411.55 | 86,504.43 | 100,595.82 | 82,555.78 | 79,017.83 | 85,399.68 | 113,243.43 | 86,188.51 |
| PS | SAN | 146,270.92 | 98,468.54 | 95,495.20 | 102,912.62 | 122,640.68 | 97,568.77 | 105,739.15 | 108,065.90 | 134,062.12 | 180,450.37 |
| PS | SFO | 299,626.48 | 224,159.86 | 188,908.88 | 208,170.58 | 239,950.35 | 197,390.84 | 190,059.95 | 209,918.68 | 267,303.70 | 244,168.53 |
| PS | SMF | 81,476.83 | 45,972.12 | 47,612.77 | 48,326.25 | 60,621.47 | 50,759.30 | 52,623.65 | 54,822.19 | 77,182.73 | 100,240.70 |
| PS | TYS | 37,404.15 | 27,843.85 | 29,451.40 | 28,351.24 | 33,038.03 | 27,708.53 | 26,131.44 | 29,495.62 | 39,368.82 | 31,752.30 |
| | | 3,695,581.78 | 2,631,728.80 | 2,437,070.54 | 2,490,115.71 | 3,045,035.98 | 2,512,016.59 | 2,691,332.57 | 2,884,659.37 | 3,573,901.52 | 3,527,442.54 |

***Estimated Compensation - 1.25bb lbs per year, USPS Absorption Formula, EZ Weight Allocation by base, EZ Density distribution, Calculations on a Schedule Period***

| Calc | Base | 4/6/2003 | 5/4/2003 | 6/1/2003 | 6/29/2003 | 8/3/2003 | 8/31/2003 | 9/28/2003 | 10/26/2003 | 11/30/2003 | 12/28/2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 156,396.22 | 100,103.29 | 94,225.25 | 107,102.85 | 132,512.64 | 113,921.07 | 120,610.94 | 126,315.53 | 152,393.71 | 127,808.70 |
| PS | DSM | 88,140.82 | 70,286.24 | 67,465.82 | 66,929.04 | 79,712.27 | 66,892.07 | 64,769.28 | 66,875.08 | 84,262.78 | 81,161.67 |
| PS | DTW | 179,259.72 | 118,272.34 | 115,272.17 | 115,895.37 | 133,462.79 | 116,076.76 | 132,256.29 | 156,624.90 | 188,607.46 | 155,498.46 |
| PS | FSD | 54,127.30 | 40,396.19 | 37,934.83 | 41,672.76 | 49,791.76 | 44,405.59 | 54,089.72 | 63,954.38 | 85,399.27 | 112,535.37 |
| PS | GFK | 49,446.69 | 37,800.92 | 35,054.30 | 36,395.71 | 41,982.28 | 34,289.58 | 37,061.93 | 45,893.21 | 64,099.37 | 70,762.88 |
| PS | GRR | 85,256.71 | 63,875.43 | 61,420.69 | 64,463.45 | 77,774.93 | 59,574.68 | 60,948.81 | 66,488.17 | 84,727.68 | 75,945.04 |
| PS | HNL | 63,180.35 | 42,314.58 | 40,691.51 | 42,006.08 | 49,988.41 | 41,869.54 | 50,115.71 | 49,973.85 | 60,451.77 | 176,585.36 |
| PS | ICT | 44,777.00 | 34,567.07 | 31,997.14 | 31,511.01 | 38,621.61 | 33,015.39 | 34,001.78 | 36,963.39 | 44,267.75 | 51,201.67 |
| PS | IND | 168,089.54 | 121,401.63 | 108,259.76 | 113,783.54 | 136,452.46 | 111,112.09 | 111,020.22 | 116,466.11 | 150,519.55 | 121,219.89 |
| PS | LAX | 644,435.17 | 405,753.30 | 399,909.93 | 385,099.71 | 467,863.50 | 413,839.81 | 460,158.37 | 482,796.87 | 524,965.24 | 489,752.05 |
| PS | MCI | 142,289.95 | 100,905.01 | 97,404.42 | 98,584.46 | 123,560.91 | 101,518.25 | 116,690.23 | 126,898.72 | 146,137.28 | 114,427.73 |
| PS | MCO | 218,958.28 | 146,731.24 | 134,507.26 | 136,332.89 | 165,438.30 | 140,238.20 | 145,833.42 | 153,923.75 | 190,403.76 | 182,949.18 |
| PS | MIA | 341,190.31 | 218,201.09 | 219,850.30 | 237,763.95 | 275,074.52 | 236,495.46 | 250,233.16 | 250,425.38 | 303,456.40 | 266,265.31 |
| PS | MKE | 154,023.71 | 111,747.57 | 103,236.96 | 101,798.70 | 119,135.88 | 98,445.86 | 96,617.58 | 100,737.91 | 135,145.37 | 96,884.63 |
| PS | MSP | 229,576.82 | 158,661.15 | 145,770.83 | 158,559.60 | 191,869.76 | 155,631.61 | 167,682.81 | 185,110.46 | 226,034.84 | 183,108.21 |
| PS | OAK | 618,910.49 | 452,422.03 | 406,289.95 | 407,312.71 | 487,643.44 | 408,386.39 | 451,324.33 | 473,757.53 | 482,860.98 | 502,314.02 |
| PS | OMA | 86,529.46 | 54,396.61 | 52,386.04 | 57,766.84 | 68,148.29 | 66,692.93 | 70,891.01 | 75,589.37 | 90,441.26 | 87,593.97 |
| PS | ONT | 701,232.37 | 464,630.75 | 453,771.97 | 453,126.00 | 535,277.73 | 444,827.34 | 532,416.14 | 548,307.18 | 747,903.41 | 470,314.38 |
| PS | ORD | 160,980.93 | 111,950.56 | 101,091.88 | 103,471.48 | 120,709.54 | 105,174.43 | 112,844.70 | 120,379.47 | 141,986.87 | 109,242.40 |
| PS | SAN | 202,270.34 | 139,531.98 | 123,935.41 | 133,896.90 | 165,691.20 | 130,030.07 | 147,690.95 | 151,941.04 | 171,086.36 | 210,977.51 |
| PS | SFO | 373,708.99 | 255,410.42 | 220,816.96 | 235,729.43 | 276,508.80 | 230,190.11 | 242,620.55 | 268,529.21 | 345,431.16 | 283,800.80 |
| PS | SMF | 118,116.68 | 71,131.27 | 70,887.40 | 74,839.18 | 86,017.78 | 74,324.47 | 80,231.87 | 82,512.28 | 107,750.38 | 117,615.64 |
| PS | TYS | 44,354.60 | 35,047.46 | 32,935.52 | 33,424.36 | 39,520.70 | 33,238.69 | 34,458.82 | 36,856.14 | 45,992.22 | 41,683.11 |
| | | 4,925,252.44 | 3,355,538.15 | 3,155,116.29 | 3,237,466.01 | 3,862,759.48 | 3,260,190.43 | 3,574,568.63 | 3,787,320.04 | 4,574,324.86 | 4,129,647.96 |

***Variance in Compensation***

| Calc | Base | 4/6/2003 | 5/4/2003 | 6/1/2003 | 6/29/2003 | 8/3/2003 | 8/31/2003 | 9/28/2003 | 10/26/2003 | 11/30/2003 | 12/28/2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Var. | ATL | 48,631.26 | 11,754.37 | 13,213.35 | 28,844.46 | 37,585.03 | 35,034.00 | 38,074.84 | 38,188.55 | 47,997.66 | 29,703.60 |
| Var. | DSM | 9,339.31 | 9,689.01 | 9,752.67 | 6,799.19 | 5,933.03 | 3,763.38 | 5,492.89 | 7,923.71 | 6,500.31 | 8,414.42 |
| Var. | DTW | 52,042.73 | 22,106.44 | 31,262.88 | 34,301.96 | 40,467.29 | 38,411.98 | 43,663.93 | 52,082.56 | 66,112.58 | 33,664.22 |
| Var. | FSD | 23,282.53 | 17,769.99 | 16,667.09 | 19,956.93 | 21,310.86 | 20,372.23 | 22,452.16 | 24,612.08 | 30,669.72 | 43,475.22 |
| Var. | GFK | 11,614.40 | 7,383.71 | 5,918.57 | 5,677.46 | 5,805.05 | 4,673.54 | 7,906.62 | 15,136.82 | 24,743.77 | 24,281.46 |
| Var. | GRR | 3,698.62 | 3,494.91 | 4,844.11 | 7,420.66 | 4,090.86 | 1,690.17 | 5,759.34 | 4,137.45 | 7,266.07 | 17,919.55 |
| Var. | HNL | 11,374.12 | 6,048.68 | 8,005.00 | 2,511.23 | 4,794.71 | (2,241.99) | 7,640.22 | 3,813.06 | 12,074.85 | 55,945.70 |
| Var. | ICT | 11,569.88 | 11,945.29 | 8,498.18 | 7,467.84 | 10,591.98 | 7,591.93 | 10,317.80 | 11,300.84 | 13,270.52 | 12,925.29 |
| Var. | IND | 49,220.06 | 13,162.62 | 10,915.35 | 16,933.94 | 19,098.67 | 17,515.62 | 20,942.60 | 20,840.64 | 24,055.05 | 4,058.70 |
| Var. | LAX | 176,346.56 | 115,290.20 | 118,592.88 | 91,763.74 | 118,452.10 | 119,323.53 | 132,607.24 | 134,530.38 | 107,103.68 | 102,971.05 |
| Var. | MCI | 29,618.39 | 22,104.65 | 22,438.09 | 23,550.03 | 25,924.21 | 21,352.52 | 27,584.49 | 28,305.10 | 32,347.45 | 9,502.04 |
| Var. | MCO | 60,046.87 | 27,092.20 | 25,058.09 | 25,831.24 | 33,403.21 | 25,178.57 | 28,914.58 | 22,356.25 | 20,474.46 | 52,882.61 |
| Var. | MIA | 22,412.17 | 10,587.49 | 18,678.89 | 30,020.14 | 9,640.27 | 21,115.37 | 30,628.71 | 25,457.58 | 29,869.66 | 12,278.39 |
| Var. | MKE | 28,912.34 | 15,358.58 | 14,382.04 | 16,033.67 | 14,544.81 | 14,482.17 | 10,120.12 | 8,140.64 | 9,798.25 | 9,598.38 |
| Var. | MSP | 67,823.86 | 51,029.71 | 47,258.62 | 55,573.62 | 60,136.13 | 50,562.01 | 53,294.55 | 61,503.26 | 72,012.02 | 45,606.97 |
| Var. | OAK | 179,501.96 | 125,511.12 | 127,947.09 | 134,559.16 | 140,248.85 | 119,891.90 | 122,317.62 | 114,765.99 | 84,955.00 | 58,546.38 |
| Var. | OMA | 30,612.64 | 12,073.75 | 14,654.23 | 16,983.20 | 22,488.02 | 29,922.75 | 25,065.07 | 25,928.56 | 29,576.39 | 21,350.14 |
| Var. | ONT | 195,439.01 | 120,852.72 | 120,171.24 | 116,025.59 | 111,606.75 | 102,559.60 | 126,178.38 | 131,121.02 | 200,509.69 | (61,437.76) |
| Var. | ORD | 44,511.71 | 15,877.14 | 12,680.33 | 16,967.05 | 20,113.72 | 22,618.65 | 33,826.87 | 34,979.79 | 28,743.45 | 23,053.89 |
| Var. | SAN | 55,999.42 | 41,063.45 | 28,440.21 | 30,984.29 | 43,050.52 | 32,461.30 | 41,951.80 | 43,875.14 | 37,024.25 | 30,527.14 |
| Var. | SFO | 74,082.51 | 31,250.56 | 31,908.08 | 27,558.85 | 36,558.45 | 32,799.28 | 52,560.60 | 58,610.63 | 78,127.47 | 39,632.27 |
| Var. | SMF | 36,639.86 | 25,159.15 | 23,274.63 | 26,512.93 | 25,396.31 | 23,565.18 | 27,608.22 | 27,690.09 | 30,567.65 | 17,374.94 |
| Var. | TYS | 6,950.45 | 7,203.61 | 3,484.12 | 5,073.12 | 6,482.67 | 5,530.16 | 8,327.39 | 7,360.53 | 6,623.40 | 9,930.81 |
| | | 1,229,670.66 | 723,809.36 | 718,045.75 | 747,350.30 | 817,723.50 | 748,173.84 | 883,236.05 | 902,660.67 | 1,000,423.35 | 602,205.41 |

**Notes**

1) Weight/cube at 1.25bb annual lbs. allocated to individual sites using a baseline sourced from EZ actuals. Some weights/cube adjusted from actuals to reach baseline allocation (i.e. Monday ops removed).
2) USPS payment calculations for period 3/1/03 - 2/29/04 sourced from file provided to EZ by Greg Bayne (USPS) - 'Evergreen Sliding Recon 2004.xls'.
3) USPS payment calculations for period 8/4 - 8/31/03 use 'Pre-PPI' rates for entire period. Calculations at 1.25bb use this same methodology. Final reconciliation should change rates effective 8/27/03.
4) USPS payment calculations for period 3/1/04 - 9/26/04 (except 5/31-6/27/04 - see note below), sourced from file provided to EZ by Greg Bayne (USPS) - 'Evergreen Sliding Since Mar 04.xls'.
5) 5/31-6/27/04 Initially calculated at lower compensation by USPS, later reconciled upward to the amount shown in this summary ($2,700,195.71).
6) Post-9/27/04 compensation sourced from multiple USPS data files. Amounts shown reflect final reconciled USPS payments.
7) USPS recently agreed to pay additional amounts for ORD Destinating mail handled during the periods above, totaling $1,164,545.86 thru period ending 1/20/06. This amount is deducted from the total variance.
8) PS Model does not accurately calculate the density floor for Peak Season. It applies it on a schedule period basis rather than a daily basis.
9) Revenue for period 3/1/05 - 2/28/06 does not include 2005 PPI price adjustments
10) USPS 'Claimed Amounts' are currently under dispute by EAGLE.
11) USPS 'Absorption Collar' calculation methodology is currently under dispute by EAGLE.

| Calc | Base | 2/1/2004 | 2/29/2004 | 4/4/2004 | 5/2/2004 | 5/30/2004 | 6/27/2004 | 8/1/2004 | 8/29/2004 | 9/26/2004 | 10/31/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 109,399.43 | 90,193.53 | 116,367.92 | 104,991.98 | 87,617.38 | 81,092.83 | 95,347.59 | 83,129.74 | 84,492.80 | 136,233.55 |
| PS | DSM | 73,126.49 | 69,481.90 | 86,262.19 | 67,506.11 | 64,962.96 | 61,138.53 | 76,830.12 | 63,266.61 | 60,238.88 | 82,862.49 |
| PS | DTW | 129,037.93 | 107,662.10 | 140,886.75 | 114,895.47 | 114,788.65 | 101,334.61 | 125,285.95 | 106,723.00 | 109,466.39 | 152,029.09 |
| PS | FSD | 53,273.10 | 46,203.78 | 58,465.53 | 48,335.40 | 51,548.05 | 45,134.15 | 56,659.39 | 48,557.78 | 47,768.35 | 53,284.09 |
| PS | GFK | 38,201.49 | 31,815.96 | 39,589.29 | 32,777.70 | 31,180.58 | 27,537.70 | 33,678.33 | 27,968.27 | 28,584.38 | 37,993.08 |
| PS | GRR | 77,607.68 | 66,435.42 | 83,727.93 | 70,798.84 | 64,285.78 | 60,951.56 | 77,806.16 | 65,256.20 | 63,546.10 | 62,567.49 |
| PS | HNL | 41,012.50 | 32,490.29 | 40,625.01 | 44,262.24 | 45,578.65 | 45,879.18 | 59,346.17 | 48,145.65 | 49,340.39 | 62,200.55 |
| PS | ICT | 31,067.61 | 26,534.62 | 34,144.07 | 28,540.73 | 27,325.39 | 27,596.78 | 34,656.86 | 30,402.55 | 30,909.56 | 37,676.07 |
| PS | IND | 124,688.88 | 107,605.86 | 130,670.21 | 138,027.19 | 122,598.97 | 101,033.86 | 129,909.52 | 109,795.92 | 105,560.21 | 133,874.75 |
| PS | LAX | 387,761.17 | 310,640.96 | 414,650.64 | 358,669.85 | 359,683.47 | 321,965.46 | 388,797.70 | 330,663.12 | 352,791.81 | 433,661.79 |
| PS | MCI | 108,429.25 | 90,726.54 | 116,918.12 | 89,980.20 | 86,991.63 | 76,804.00 | 98,002.68 | 82,607.15 | 84,829.51 | 97,099.85 |
| PS | MCO | 170,626.70 | 135,490.40 | 178,891.68 | 147,377.50 | 142,208.20 | 138,381.28 | 164,483.01 | 128,274.81 | 116,079.44 | 125,850.57 |
| PS | MIA | 285,881.74 | 242,571.77 | 326,096.60 | 272,941.43 | 281,850.41 | 229,983.72 | 282,852.59 | 234,808.85 | 229,667.60 | 220,247.23 |
| PS | MKE | 138,796.19 | 105,219.18 | 114,186.71 | 102,208.05 | 104,120.59 | 94,120.75 | 112,422.24 | 96,932.72 | 94,526.11 | 113,724.51 |
| PS | MSP | 150,525.35 | 124,111.83 | 174,365.26 | 141,640.53 | 137,050.84 | 125,172.54 | 167,878.63 | 132,765.71 | 138,664.91 | 185,761.16 |
| PS | OAK | 416,407.36 | 352,587.47 | 501,088.12 | 337,332.94 | 316,877.12 | 293,652.36 | 366,280.85 | 301,873.52 | 297,716.07 | 384,504.51 |
| PS | OMA | 63,528.21 | 51,015.94 | 60,898.29 | 46,720.14 | 45,131.42 | 40,867.73 | 51,736.96 | 41,677.60 | 42,294.31 | 58,386.77 |
| PS | ONT | 547,644.07 | 475,554.56 | 633,983.62 | 447,356.17 | 426,582.73 | 397,494.92 | 498,479.07 | 421,176.38 | 454,078.08 | 527,974.07 |
| PS | ORD | 98,198.36 | 91,905.90 | 63,891.46 | 58,977.60 | 49,288.41 | 50,434.76 | 63,165.36 | 52,040.38 | 50,768.09 | 90,448.15 |
| PS | SAN | 128,096.34 | 104,002.42 | 134,827.46 | 110,945.22 | 111,148.59 | 97,619.34 | 125,283.24 | 102,462.97 | 99,530.72 | 110,390.53 |
| PS | SFO | 248,568.94 | 188,171.78 | 235,858.91 | 268,635.30 | 228,305.95 | 187,349.58 | 235,340.70 | 199,521.65 | 223,778.86 | 270,171.22 |
| PS | SMF | 83,302.73 | 67,586.28 | 84,069.54 | 70,859.27 | 69,492.78 | 62,810.32 | 81,269.17 | 68,427.31 | 57,127.29 | 80,225.98 |
| PS | TYS | 39,973.62 | 33,084.97 | 41,273.27 | 34,788.27 | 33,348.23 | 31,839.76 | 41,156.66 | 34,039.54 | 34,699.00 | 40,214.55 |
| | | 3,545,155.15 | 2,951,093.45 | 3,811,738.59 | 3,138,568.13 | 3,001,966.77 | 2,700,195.71 | 3,366,668.97 | 2,810,517.45 | 2,856,458.87 | 3,497,382.05 |

| Calc | Base | 2/1/2004 | 2/29/2004 | 4/4/2004 | 5/2/2004 | 5/30/2004 | 6/27/2004 | 8/1/2004 | 8/29/2004 | 9/26/2004 | 10/31/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 156,917.38 | 130,458.16 | 153,755.89 | 113,508.19 | 110,805.46 | 111,638.02 | 134,903.30 | 117,620.28 | 115,890.47 | 155,240.70 |
| PS | DSM | 86,776.96 | 72,656.45 | 88,754.12 | 70,122.58 | 68,645.44 | 65,147.07 | 81,782.45 | 67,329.00 | 66,239.90 | 89,430.88 |
| PS | DTW | 188,277.72 | 159,040.50 | 196,653.43 | 152,830.63 | 149,124.94 | 142,963.73 | 176,388.37 | 148,905.11 | 152,891.99 | 206,005.18 |
| PS | FSD | 90,771.24 | 71,233.94 | 83,814.41 | 65,368.83 | 68,169.25 | 62,877.62 | 80,382.48 | 67,900.40 | 66,657.53 | 93,387.38 |
| PS | GFK | 59,960.23 | 49,982.00 | 60,328.16 | 47,038.06 | 46,096.54 | 40,898.19 | 51,942.12 | 42,258.34 | 44,218.94 | 60,892.02 |
| PS | GRR | 82,575.91 | 75,744.39 | 84,645.57 | 66,492.64 | 66,037.99 | 64,138.21 | 77,497.98 | 65,573.97 | 63,144.16 | 82,032.43 |
| PS | HNL | 61,733.87 | 49,720.07 | 64,637.66 | 51,512.78 | 51,180.93 | 49,179.82 | 61,348.90 | 50,606.23 | 47,056.45 | 63,947.57 |
| PS | ICT | 42,659.67 | 35,380.52 | 42,934.06 | 33,977.30 | 32,901.38 | 32,222.41 | 39,566.17 | 34,248.35 | 35,066.05 | 48,139.91 |
| PS | IND | 151,655.42 | 130,239.12 | 158,532.05 | 125,046.06 | 130,257.43 | 120,646.18 | 152,787.12 | 123,618.69 | 120,819.02 | 163,306.79 |
| PS | LAX | 553,777.90 | 443,014.92 | 543,463.63 | 436,300.66 | 439,299.02 | 393,891.76 | 514,320.27 | 446,605.63 | 463,477.05 | 611,899.19 |
| PS | MCI | 139,635.66 | 115,893.89 | 141,938.06 | 109,612.93 | 104,626.86 | 93,981.21 | 148,849.29 | 112,151.33 | 109,493.45 | 153,326.91 |
| PS | MCO | 209,014.20 | 198,988.48 | 207,545.76 | 157,565.01 | 146,831.82 | 134,243.94 | 162,837.32 | 137,440.48 | 143,093.79 | 191,018.12 |
| PS | MIA | 300,869.61 | 260,357.69 | 326,618.18 | 245,073.71 | 245,027.60 | 230,004.10 | 284,033.57 | 229,196.21 | 242,892.58 | 326,876.48 |
| PS | MKE | 139,653.55 | 110,631.65 | 132,011.98 | 109,513.43 | 114,603.81 | 107,039.53 | 130,885.16 | 108,206.30 | 98,072.68 | 133,260.53 |
| PS | MSP | 218,211.27 | 180,389.83 | 239,622.52 | 189,622.77 | 181,163.51 | 169,122.48 | 231,006.09 | 179,585.08 | 187,254.64 | 257,778.44 |
| PS | OAK | 585,417.72 | 491,498.42 | 592,333.34 | 432,238.38 | 432,698.81 | 406,955.50 | 520,532.00 | 436,467.15 | 418,354.24 | 548,850.19 |
| PS | OMA | 93,433.07 | 76,099.34 | 85,053.45 | 62,154.75 | 59,815.88 | 55,981.88 | 70,630.05 | 57,112.17 | 58,183.65 | 77,537.94 |
| PS | ONT | 752,356.95 | 630,115.04 | 790,621.47 | 511,517.58 | 510,721.66 | 484,652.21 | 628,558.63 | 511,975.49 | 573,339.34 | 781,960.48 |
| PS | ORD | 135,391.12 | 117,061.20 | 140,677.75 | 114,442.58 | 113,501.84 | 108,133.89 | 137,188.23 | 116,700.75 | 120,210.52 | 157,152.91 |
| PS | SAN | 178,369.15 | 149,749.59 | 179,880.82 | 154,424.08 | 145,134.05 | 133,191.21 | 168,661.74 | 138,483.14 | 136,723.80 | 173,703.84 |
| PS | SFO | 303,805.45 | 260,607.09 | 308,810.58 | 243,426.82 | 239,557.18 | 226,254.32 | 291,665.14 | 245,648.82 | 272,347.50 | 389,122.96 |
| PS | SMF | 120,464.42 | 100,421.31 | 120,013.20 | 93,355.80 | 93,902.44 | 91,905.94 | 121,654.85 | 102,644.55 | 86,548.42 | 116,297.49 |
| PS | TYS | 45,793.53 | 39,199.12 | 48,175.96 | 36,784.30 | 37,425.19 | 35,088.81 | 44,271.42 | 37,176.15 | 37,234.66 | 53,046.99 |
| | | 4,697,521.99 | 3,948,482.74 | 4,790,822.03 | 3,621,929.86 | 3,587,529.00 | 3,360,158.05 | 4,311,692.65 | 3,577,453.61 | 3,659,210.83 | 4,934,215.33 |

| Calc | Base | 2/1/2004 | 2/29/2004 | 4/4/2004 | 5/2/2004 | 5/30/2004 | 6/27/2004 | 8/1/2004 | 8/29/2004 | 9/26/2004 | 10/31/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Var. | ATL | 47,517.95 | 40,264.62 | 37,387.96 | 8,516.22 | 23,188.08 | 30,545.19 | 39,555.71 | 34,490.54 | 31,397.67 | 19,007.15 |
| Var. | DSM | 13,650.47 | 3,174.55 | 2,491.92 | 2,616.47 | 3,682.48 | 4,008.55 | 4,952.33 | 4,062.39 | 6,001.02 | 6,568.39 |
| Var. | DTW | 59,239.78 | 51,378.41 | 55,766.68 | 37,935.16 | 34,336.29 | 41,629.12 | 51,102.42 | 42,182.11 | 43,425.60 | 53,976.09 |
| Var. | FSD | 37,498.14 | 25,030.17 | 25,348.88 | 17,033.43 | 16,621.20 | 17,743.47 | 23,723.09 | 19,342.62 | 18,889.18 | 40,103.29 |
| Var. | GFK | 21,758.74 | 18,166.04 | 20,738.87 | 14,260.36 | 14,915.96 | 13,360.49 | 18,263.80 | 14,290.06 | 15,634.56 | 22,898.94 |
| Var. | GRR | 4,968.23 | 9,308.97 | 917.64 | (4,306.21) | 1,752.21 | 3,186.65 | (308.18) | 317.77 | (401.93) | 19,464.94 |
| Var. | HNL | 20,721.36 | 17,229.78 | 24,012.65 | 7,250.54 | 5,602.27 | 3,300.64 | 2,002.73 | 2,460.58 | (2,283.94) | 1,747.02 |
| Var. | ICT | 11,592.06 | 8,845.91 | 8,789.99 | 5,436.57 | 5,575.99 | 4,625.63 | 4,909.32 | 3,845.79 | 4,156.48 | 10,463.85 |
| Var. | IND | 26,966.54 | 22,633.26 | 27,861.84 | (12,981.13) | 7,658.46 | 19,612.32 | 22,877.60 | 13,822.77 | 15,258.81 | 29,432.04 |
| Var. | LAX | 166,016.73 | 132,373.96 | 128,812.99 | 77,630.80 | 79,615.54 | 71,926.29 | 125,522.56 | 115,942.52 | 110,685.24 | 178,237.40 |
| Var. | MCI | 31,206.40 | 25,167.35 | 25,019.94 | 19,632.73 | 17,635.23 | 17,177.21 | 50,846.60 | 29,544.18 | 24,663.94 | 56,227.07 |
| Var. | MCO | 38,387.49 | 63,498.09 | 28,654.07 | 10,187.51 | 4,623.62 | (4,137.34) | (1,645.69) | 9,165.66 | 27,014.35 | 65,167.54 |
| Var. | MIA | 14,987.87 | 17,785.92 | 521.57 | (27,867.72) | (36,822.81) | 20.39 | 1,180.98 | (5,612.63) | 13,224.98 | 106,629.25 |
| Var. | MKE | 857.37 | 5,412.47 | 17,825.27 | 7,305.38 | 10,483.22 | 12,918.78 | 18,462.92 | 11,273.58 | 3,546.57 | 19,536.03 |
| Var. | MSP | 67,685.92 | 56,278.01 | 65,257.26 | 47,982.24 | 44,112.66 | 43,949.94 | 63,127.46 | 46,819.37 | 48,589.73 | 72,017.28 |
| Var. | OAK | 169,010.36 | 138,910.95 | 91,245.22 | 94,905.44 | 115,821.69 | 113,303.14 | 154,251.15 | 134,593.63 | 120,638.16 | 164,345.68 |
| Var. | OMA | 29,904.87 | 25,083.40 | 24,155.16 | 15,434.61 | 14,684.47 | 15,114.15 | 18,893.09 | 15,434.57 | 15,889.34 | 19,151.17 |
| Var. | ONT | 204,712.88 | 154,560.48 | 156,637.85 | 64,161.41 | 84,138.93 | 87,157.30 | 130,079.56 | 90,799.10 | 119,261.26 | 253,986.41 |
| Var. | ORD | 37,192.76 | 25,155.30 | 76,786.28 | 55,464.98 | 64,213.43 | 57,699.14 | 74,022.87 | 64,660.37 | 69,442.43 | 66,704.75 |
| Var. | SAN | 50,272.82 | 45,747.17 | 45,053.36 | 43,478.87 | 33,985.46 | 35,571.87 | 43,378.49 | 36,020.16 | 37,193.08 | 63,313.31 |
| Var. | SFO | 55,236.51 | 72,435.31 | 72,951.67 | (25,208.48) | 11,251.24 | 38,904.75 | 56,324.44 | 46,127.17 | 48,568.64 | 118,951.74 |
| Var. | SMF | 37,161.68 | 32,835.04 | 35,943.66 | 22,496.52 | 24,409.65 | 29,095.62 | 40,385.68 | 34,217.23 | 29,421.13 | 36,071.51 |
| Var. | TYS | 5,819.91 | 6,114.15 | 6,902.69 | 1,996.03 | 4,076.96 | 3,249.05 | 3,114.75 | 3,136.60 | 2,535.65 | 12,832.43 |
| | | 1,152,366.83 | 997,389.29 | 979,083.44 | 483,361.73 | 585,562.24 | 659,962.34 | 945,023.68 | 766,936.16 | 802,751.96 | 1,436,833.28 |

| Calc | Base | 11/26/2004 | 12/24/2004 | 1/21/2005 | 2/18/2005 | 3/18/2005 | 4/15/2005 | 5/13/2005 | 6/10/2005 | 7/8/2005 | 8/5/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 89,397.63 | 96,042.53 | 93,213.14 | 107,125.31 | 110,145.27 | 105,230.00 | 96,364.02 | 70,199.60 | 72,878.21 | 93,593.95 |
| PS | DSM | 58,709.67 | 76,174.76 | 56,221.90 | 67,752.63 | 66,988.92 | 70,003.05 | 68,913.89 | 57,546.14 | 61,527.36 | 63,825.23 |
| PS | DTW | 89,523.61 | 132,382.85 | 91,734.64 | 111,520.11 | 118,092.32 | 117,606.30 | 116,113.49 | 105,536.45 | 97,892.65 | 117,362.17 |
| PS | FSD | 39,094.02 | 51,654.04 | 25,058.98 | 42,138.38 | 39,293.83 | 35,357.11 | 37,693.48 | 34,478.74 | 35,476.73 | 34,906.10 |
| PS | GFK | 28,913.53 | 47,622.11 | 30,784.05 | 34,349.25 | 31,795.15 | 33,380.81 | 33,193.05 | 29,709.96 | 30,212.58 | 34,894.09 |
| PS | GRR | 50,533.48 | 60,501.51 | 50,275.22 | 59,255.67 | 59,501.36 | 58,728.22 | 58,701.82 | 55,551.63 | 55,133.86 | 59,507.56 |
| PS | HNL | 45,239.12 | 55,868.03 | 45,867.26 | 50,648.46 | 50,424.59 | 51,172.10 | 52,331.22 | 52,021.61 | 53,336.84 | 53,566.97 |
| PS | ICT | 26,350.54 | 32,050.73 | 25,509.13 | 30,325.74 | 30,344.61 | 31,986.76 | 31,837.37 | 26,874.05 | 27,579.57 | 30,029.49 |
| PS | IND | 96,717.01 | 121,325.78 | 98,691.04 | 115,297.60 | 116,967.59 | 121,378.96 | 124,426.48 | 110,181.11 | 111,824.48 | 121,389.71 |
| PS | LAX | 330,356.99 | 390,400.55 | 307,326.01 | 396,138.70 | 386,895.68 | 374,605.41 | 381,435.88 | 366,723.07 | 352,661.87 | 363,874.26 |
| PS | MCI | 70,441.05 | 74,004.69 | 62,574.21 | 74,194.94 | 71,259.17 | 76,974.03 | 77,759.18 | 65,175.18 | 71,254.56 | 79,014.57 |
| PS | MCO | 110,349.36 | 135,410.75 | 125,684.08 | 136,010.61 | 117,590.24 | 136,313.60 | 146,468.78 | 133,225.50 | 132,045.15 | 140,856.39 |
| PS | MIA | 155,519.41 | 199,160.59 | 122,966.87 | 181,657.89 | 172,976.95 | 193,409.78 | 206,272.87 | 196,773.66 | 206,484.55 | 184,912.90 |
| PS | MKE | 86,629.09 | 92,179.60 | 83,031.39 | 93,915.20 | 86,636.83 | 90,047.67 | 97,395.64 | 88,243.39 | 87,278.88 | 94,842.37 |
| PS | MSP | 127,193.85 | 141,196.29 | 113,407.80 | 142,124.32 | 138,760.59 | 134,447.12 | 145,936.08 | 103,915.06 | 121,113.33 | 128,976.72 |
| PS | OAK | 279,212.43 | 405,169.23 | 278,230.92 | 320,293.01 | 331,055.90 | 350,902.92 | 362,074.87 | 339,174.07 | 333,879.10 | 369,520.95 |
| PS | OMA | 43,867.69 | 52,310.13 | 45,833.47 | 50,530.26 | 48,686.90 | 48,120.84 | 47,726.80 | 46,873.40 | 47,191.73 | 47,747.30 |
| PS | ONT | 372,677.12 | 373,770.15 | 350,093.17 | 424,135.39 | 447,114.53 | 489,073.25 | 502,188.07 | 490,207.75 | 477,746.48 | 500,733.39 |
| PS | ORD | 65,815.50 | 64,613.85 | 54,858.39 | 63,997.57 | 60,438.38 | 62,326.15 | 65,793.09 | 66,144.46 | 60,816.15 | 60,597.15 |
| PS | SAN | 107,527.71 | 116,486.40 | 96,473.74 | 113,769.23 | 115,197.68 | 117,753.51 | 113,459.63 | 106,034.87 | 104,777.01 | 110,043.30 |
| PS | SFO | 209,045.54 | 272,580.19 | 229,275.90 | 246,227.74 | 239,809.34 | 232,226.08 | 227,938.82 | 217,833.31 | 214,474.99 | 221,050.22 |
| PS | SMF | 52,830.61 | 79,240.85 | 42,237.18 | 53,267.42 | 65,460.02 | 78,970.42 | 79,524.98 | 72,056.10 | 73,468.53 | 75,588.35 |
| PS | TYS | 29,019.51 | 33,137.18 | 26,353.83 | 33,870.92 | 33,772.08 | 33,622.41 | 34,378.21 | 31,989.90 | 31,349.58 | 35,290.25 |
| | | 2,564,964.46 | 3,103,282.79 | 2,455,702.33 | 2,948,546.35 | 2,939,207.94 | 3,043,636.50 | 3,107,927.72 | 2,866,469.01 | 2,860,404.20 | 3,022,123.39 |

| Calc | Base | 11/26/2004 | 12/24/2004 | 1/21/2005 | 2/18/2005 | 3/18/2005 | 4/15/2005 | 5/13/2005 | 6/10/2005 | 7/8/2005 | 8/5/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 111,513.18 | 119,128.75 | 98,246.50 | 112,499.51 | 111,565.87 | 113,173.24 | 111,798.67 | 101,866.37 | 105,317.22 | 110,428.84 |
| PS | DSM | 62,084.39 | 76,917.39 | 69,080.26 | 73,006.37 | 72,256.08 | 68,940.45 | 70,586.51 | 64,113.32 | 63,482.27 | 66,174.92 |
| PS | DTW | 137,226.73 | 186,786.29 | 141,045.89 | 163,363.93 | 171,927.42 | 165,001.44 | 165,074.70 | 149,682.98 | 145,230.14 | 158,648.76 |
| PS | FSD | 63,536.56 | 104,601.38 | 70,132.20 | 87,036.47 | 67,549.31 | 65,881.54 | 65,088.46 | 60,225.38 | 60,230.89 | 64,456.00 |
| PS | GFK | 45,056.69 | 65,440.02 | 45,400.97 | 51,096.44 | 45,103.33 | 47,032.94 | 47,733.77 | 44,133.61 | 43,155.74 | 44,924.76 |
| PS | GRR | 58,877.01 | 72,282.20 | 63,108.97 | 75,541.64 | 73,047.18 | 77,382.15 | 77,409.22 | 70,754.33 | 68,604.01 | 69,851.58 |
| PS | HNL | 50,134.82 | 63,258.57 | 53,769.84 | 58,992.32 | 52,891.29 | 52,606.86 | 52,023.50 | 51,378.14 | 52,900.57 | 53,052.86 |
| PS | ICT | 36,783.85 | 46,553.92 | 38,198.33 | 44,302.20 | 42,212.66 | 42,585.83 | 42,556.72 | 39,625.90 | 38,852.55 | 41,759.81 |
| PS | IND | 114,360.70 | 122,352.48 | 126,905.16 | 134,487.25 | 130,080.97 | 131,388.15 | 132,706.53 | 129,781.97 | 127,151.81 | 131,764.18 |
| PS | LAX | 378,044.87 | 514,728.25 | 373,599.92 | 441,564.25 | 432,848.37 | 424,525.85 | 424,897.89 | 403,485.21 | 404,702.37 | 435,503.07 |
| PS | MCI | 109,000.98 | 108,301.07 | 95,776.02 | 111,537.28 | 106,110.56 | 105,354.52 | 102,266.82 | 92,583.51 | 95,459.16 | 103,607.72 |
| PS | MCO | 144,017.24 | 176,121.77 | 167,308.67 | 184,574.01 | 177,627.30 | 164,288.46 | 159,636.12 | 135,408.40 | 137,705.27 | 140,127.03 |
| PS | MIA | 218,913.52 | 237,926.94 | 222,880.66 | 279,765.73 | 289,716.19 | 282,599.96 | 282,613.25 | 277,685.01 | 275,274.30 | 293,576.25 |
| PS | MKE | 97,587.44 | 101,097.01 | 109,353.89 | 112,669.06 | 105,677.36 | 106,133.97 | 104,350.36 | 100,744.10 | 95,848.61 | 98,530.20 |
| PS | MSP | 183,871.11 | 193,456.61 | 164,477.10 | 199,601.49 | 185,551.14 | 179,425.32 | 189,505.73 | 169,272.88 | 158,535.98 | 165,226.14 |
| PS | OAK | 395,522.76 | 524,153.76 | 411,174.91 | 440,720.67 | 433,385.52 | 410,524.89 | 422,100.03 | 409,010.67 | 407,779.79 | 417,134.16 |
| PS | OMA | 58,978.91 | 67,781.03 | 49,564.80 | 55,159.69 | 51,961.42 | 54,150.21 | 55,000.55 | 49,869.40 | 59,981.27 | 61,732.41 |
| PS | ONT | 570,861.69 | 632,499.62 | 518,913.30 | 605,416.84 | 618,889.21 | 645,785.25 | 673,924.88 | 639,811.63 | 624,434.03 | 662,757.75 |
| PS | ORD | 109,848.03 | 113,992.07 | 109,978.80 | 127,510.02 | 128,936.19 | 128,685.26 | 133,852.69 | 118,512.83 | 111,201.27 | 115,993.85 |
| PS | SAN | 123,754.69 | 183,922.99 | 118,853.85 | 128,845.70 | 127,301.70 | 131,533.18 | 135,821.52 | 128,210.84 | 130,173.22 | 138,150.00 |
| PS | SFO | 284,657.20 | 386,040.20 | 227,130.47 | 261,477.76 | 256,710.92 | 250,324.82 | 236,932.22 | 226,863.93 | 217,957.51 | 230,679.69 |
| PS | SMF | 79,901.25 | 114,628.08 | 75,426.00 | 86,390.10 | 94,299.17 | 105,186.69 | 110,306.28 | 100,730.03 | 99,144.90 | 103,816.28 |
| PS | TYS | 41,306.33 | 41,557.53 | 41,363.20 | 44,509.55 | 43,581.63 | 48,653.33 | 51,693.43 | 46,100.75 | 42,578.33 | 48,275.04 |
| | | 3,475,839.96 | 4,253,527.94 | 3,391,689.70 | 3,880,068.27 | 3,819,230.80 | 3,801,164.32 | 3,847,879.84 | 3,609,851.17 | 3,565,701.20 | 3,756,171.29 |

| Calc | Base | 11/26/2004 | 12/24/2004 | 1/21/2005 | 2/18/2005 | 3/18/2005 | 4/15/2005 | 5/13/2005 | 6/10/2005 | 7/8/2005 | 8/5/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Var. | ATL | 22,115.55 | 23,086.22 | 5,033.36 | 5,374.20 | 1,420.60 | 7,943.24 | 15,434.65 | 31,666.77 | 32,439.01 | 16,834.89 |
| Var. | DSM | 3,374.72 | 742.63 | 12,858.36 | 5,253.74 | 5,267.16 | (1,062.60) | 1,672.62 | 6,567.18 | 1,954.90 | 2,349.69 |
| Var. | DTW | 47,703.12 | 54,403.45 | 49,311.24 | 51,843.82 | 53,835.09 | 47,395.14 | 48,961.21 | 44,146.53 | 47,337.49 | 41,286.59 |
| Var. | FSD | 24,442.54 | 52,947.34 | 45,073.23 | 44,898.08 | 28,255.48 | 30,524.43 | 27,394.98 | 25,746.64 | 24,754.16 | 29,549.91 |
| Var. | GFK | 16,143.15 | 17,817.91 | 14,616.92 | 16,747.19 | 13,308.18 | 13,652.13 | 14,540.71 | 14,423.65 | 12,943.16 | 10,030.67 |
| Var. | GRR | 8,343.53 | 11,780.70 | 12,833.76 | 16,285.97 | 13,545.81 | 18,653.92 | 18,707.40 | 15,202.70 | 13,470.15 | 10,344.02 |
| Var. | HNL | 4,895.70 | 7,390.54 | 7,902.58 | 8,343.86 | 2,466.70 | 1,434.75 | (307.72) | (643.48) | (436.27) | (514.11) |
| Var. | ICT | 10,433.32 | 14,503.19 | 12,689.20 | 13,976.46 | 11,868.05 | 10,599.07 | 10,719.35 | 12,751.85 | 11,272.98 | 11,730.32 |
| Var. | IND | 17,643.70 | 1,026.71 | 28,214.11 | 19,189.64 | 13,113.38 | 10,009.20 | 8,280.05 | 19,600.86 | 15,327.33 | 10,374.47 |
| Var. | LAX | 47,687.89 | 124,327.71 | 66,273.91 | 45,425.55 | 45,952.70 | 49,920.44 | 43,462.01 | 36,762.14 | 52,040.50 | 71,628.81 |
| Var. | MCI | 38,559.93 | 34,296.38 | 33,201.81 | 37,342.33 | 34,851.39 | 28,380.50 | 24,507.64 | 27,408.33 | 24,204.60 | 24,593.15 |
| Var. | MCO | 33,667.89 | 40,711.02 | 41,624.58 | 48,563.40 | 60,037.06 | 27,974.86 | 13,167.34 | 2,182.90 | 5,660.13 | (729.36) |
| Var. | MIA | 63,394.11 | 38,766.35 | 99,913.79 | 98,107.84 | 116,739.24 | 89,190.18 | 76,340.38 | 80,911.35 | 68,789.75 | 108,663.36 |
| Var. | MKE | 10,958.35 | 8,917.40 | 26,322.50 | 18,753.86 | 19,040.53 | 16,086.30 | 6,954.73 | 12,500.71 | 8,569.73 | 3,687.82 |
| Var. | MSP | 56,677.27 | 52,260.32 | 51,069.30 | 57,477.17 | 46,790.55 | 44,978.20 | 43,569.66 | 65,357.82 | 37,422.65 | 36,249.42 |
| Var. | OAK | 116,310.33 | 118,984.53 | 132,943.99 | 120,427.66 | 102,329.62 | 59,621.97 | 60,025.16 | 69,836.60 | 73,900.69 | 47,613.21 |
| Var. | OMA | 15,111.21 | 15,470.89 | 3,731.33 | 4,629.43 | 3,274.53 | 6,029.37 | 7,273.74 | 2,996.00 | 12,789.54 | 13,985.11 |
| Var. | ONT | 198,184.57 | 258,729.47 | 168,820.13 | 181,281.45 | 171,774.68 | 156,712.00 | 171,736.81 | 149,603.88 | 146,687.55 | 162,024.37 |
| Var. | ORD | 44,032.52 | 49,378.22 | 55,120.42 | 63,512.44 | 68,497.81 | 66,359.10 | 68,059.59 | 52,368.37 | 50,385.12 | 55,396.69 |
| Var. | SAN | 16,226.98 | 67,436.59 | 22,380.11 | 15,076.48 | 12,104.02 | 13,779.67 | 22,361.89 | 22,175.97 | 25,396.22 | 28,106.70 |
| Var. | SFO | 75,611.66 | 113,460.01 | (2,145.43) | 15,250.02 | 16,901.58 | 18,098.74 | 8,993.40 | 9,030.62 | 3,482.52 | 9,629.47 |
| Var. | SMF | 27,070.64 | 35,387.24 | 33,188.82 | 33,122.69 | 28,839.15 | 26,216.28 | 30,781.30 | 28,673.93 | 25,676.37 | 28,227.93 |
| Var. | TYS | 12,286.83 | 8,420.35 | 15,009.37 | 10,638.63 | 9,809.56 | 15,030.93 | 17,315.21 | 14,110.85 | 11,228.75 | 12,984.79 |
| | | 910,875.50 | 1,150,245.15 | 935,987.37 | 931,521.92 | 880,022.86 | 757,527.82 | 739,952.12 | 743,382.16 | 705,297.00 | 734,047.90 |

| Calc | Base | 9/2/2005 | 9/30/2005 | 10/28/2005 | 11/25/2005 | 12/23/2005 | 1/20/2006 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 94,330.53 | 102,210.50 | 103,252.96 | 97,622.35 | 116,841.44 | 96,307.53 | | 3,435,984.82 |
| PS | DSM | 66,207.33 | 56,177.22 | 57,637.98 | 62,953.26 | 76,272.52 | 59,890.52 | | 2,395,365.83 |
| PS | DTW | 127,240.98 | 128,098.91 | 136,170.34 | 119,132.13 | 158,148.12 | 124,352.07 | | 4,090,126.75 |
| PS | FSD | 42,680.52 | 41,465.28 | 42,479.29 | 40,749.75 | 61,651.70 | 46,228.96 | | 1,503,374.86 |
| PS | GFK | 37,066.33 | 36,856.81 | 38,487.21 | 38,201.36 | 57,264.15 | 39,791.58 | | 1,251,494.29 |
| PS | GRR | 63,721.72 | 60,036.68 | 62,607.35 | 63,080.71 | 71,756.62 | 61,128.25 | | 2,283,158.67 |
| PS | HNL | 53,464.24 | 53,511.54 | 56,931.30 | 50,943.24 | 58,471.74 | 49,217.85 | | 1,809,108.35 |
| PS | ICT | 26,125.88 | 29,517.48 | 28,251.65 | 30,083.63 | 34,412.10 | 29,255.74 | | 1,054,832.95 |
| PS | IND | 126,227.53 | 125,336.64 | 130,283.07 | 126,269.61 | 140,534.42 | 123,910.89 | | 4,176,108.85 |
| PS | LAX | 377,501.24 | 369,442.11 | 386,361.55 | 376,789.48 | 460,589.15 | 384,381.66 | | 13,122,362.16 |
| PS | MCI | 74,508.82 | 76,403.22 | 75,850.37 | 76,349.48 | 84,586.23 | 75,561.41 | | 3,043,990.02 |
| PS | MCO | 138,456.31 | 132,839.67 | 144,560.56 | 140,385.78 | 136,000.99 | 95,000.04 | | 4,842,939.60 |
| PS | MIA | 183,942.64 | 169,022.99 | 175,332.44 | 183,162.40 | 198,158.64 | 173,448.94 | | 7,898,372.66 |
| PS | MKE | 97,255.02 | 97,502.59 | 108,051.98 | 111,501.91 | 93,890.84 | 108,304.89 | | 3,569,367.51 |
| PS | MSP | 132,096.16 | 130,989.56 | 141,048.66 | 129,895.17 | 135,184.65 | 138,082.89 | | 4,819,510.35 |
| PS | OAK | 360,890.93 | 380,036.71 | 399,767.57 | 365,416.80 | 530,076.57 | 377,226.58 | | 12,834,225.69 |
| PS | OMA | 46,290.44 | 48,727.68 | 54,854.55 | 48,606.36 | 52,679.10 | 47,091.25 | | 1,761,176.32 |
| PS | ONT | 480,561.49 | 519,495.83 | 534,861.19 | 484,331.50 | 421,420.99 | 442,665.34 | | 16,330,180.36 |
| PS | ORD | 62,773.60 | 66,100.15 | 69,080.32 | 69,043.77 | 75,356.88 | 65,025.94 | | 2,636,359.49 |
| PS | SAN | 111,754.27 | 105,582.33 | 113,749.11 | 109,991.07 | 158,799.17 | 115,558.04 | | 4,132,938.14 |
| PS | SFO | 220,396.17 | 211,031.64 | 226,334.89 | 222,599.74 | 279,207.67 | 218,259.55 | | 8,243,652.50 |
| PS | SMF | 80,962.13 | 81,267.26 | 78,824.56 | 81,323.50 | 110,376.39 | 78,753.87 | | 2,528,960.83 |
| PS | TYS | 39,091.89 | 36,943.29 | 37,890.28 | 39,558.22 | 42,895.11 | 38,190.75 | | 1,232,316.65 |
| | | 3,043,546.20 | 3,058,596.10 | 3,202,669.15 | 3,067,991.22 | 3,554,575.20 | 2,987,634.55 | - | 108,995,907.65 |

| Calc | Base | 9/2/2005 | 9/30/2005 | 10/28/2005 | 11/25/2005 | 12/23/2005 | 1/20/2006 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| PS | ATL | 106,157.00 | 85,525.06 | 89,056.47 | 90,313.17 | 96,042.53 | 88,944.36 | | 4,183,704.80 |
| PS | DSM | 65,333.97 | 65,563.57 | 70,574.53 | 74,439.65 | 75,881.27 | 73,921.05 | | 2,605,735.92 |
| PS | DTW | 157,883.57 | 160,155.99 | 167,169.08 | 151,496.29 | 175,253.79 | 154,927.52 | | 5,635,182.36 |
| PS | FSD | 63,431.28 | 63,379.42 | 70,378.30 | 65,506.91 | 98,880.97 | 71,280.87 | | 2,476,466.16 |
| PS | GFK | 45,589.93 | 46,191.33 | 47,798.24 | 47,372.51 | 65,680.44 | 47,955.24 | | 1,736,067.43 |
| PS | GRR | 73,342.77 | 73,773.04 | 77,916.93 | 77,435.82 | 71,989.77 | 76,599.61 | | 2,586,275.07 |
| PS | HNL | 53,217.69 | 54,594.85 | 58,089.90 | 50,257.90 | 55,868.03 | 53,669.41 | | 2,034,807.97 |
| PS | ICT | 40,580.59 | 40,905.76 | 43,183.85 | 42,618.31 | 46,414.80 | 41,122.62 | | 1,426,277.34 |
| PS | IND | 126,268.18 | 121,722.91 | 124,770.65 | 119,901.26 | 122,352.48 | 117,221.23 | | 4,648,448.58 |
| PS | LAX | 435,136.73 | 440,995.09 | 450,577.16 | 436,867.56 | 422,011.49 | 391,954.89 | | 16,332,066.95 |
| PS | MCI | 98,779.51 | 99,032.94 | 113,496.25 | 94,557.47 | 72,864.45 | 95,745.50 | | 4,002,400.27 |
| PS | MCO | 147,621.08 | 153,916.57 | 146,307.29 | 141,940.32 | 135,410.75 | 121,185.66 | | 5,737,091.13 |
| PS | MIA | 293,410.28 | 280,131.50 | 288,950.52 | 271,227.54 | 253,273.27 | 262,758.10 | | 9,600,608.65 |
| PS | MKE | 102,431.62 | 99,926.44 | 105,961.79 | 109,901.68 | 97,772.45 | 104,912.20 | | 3,954,550.98 |
| PS | MSP | 164,264.92 | 162,606.88 | 176,100.95 | 164,094.48 | 169,120.75 | 168,115.13 | | 6,628,989.34 |
| PS | OAK | 441,358.81 | 451,878.33 | 472,509.30 | 437,163.23 | 524,153.76 | 420,571.82 | | 16,575,710.03 |
| PS | OMA | 61,395.41 | 62,148.83 | 67,740.52 | 60,284.36 | 68,848.74 | 56,690.14 | | 2,347,725.64 |
| PS | ONT | 629,966.16 | 680,562.08 | 717,304.04 | 683,859.33 | 554,246.32 | 609,136.34 | | 21,595,994.62 |
| PS | ORD | 121,020.88 | 128,477.36 | 132,435.52 | 120,825.40 | 113,992.07 | 114,763.28 | | 4,378,318.55 |
| PS | SAN | 146,355.98 | 138,112.53 | 144,048.07 | 126,418.07 | 172,059.46 | 128,013.67 | | 5,336,948.66 |
| PS | SFO | 242,148.07 | 244,908.78 | 254,431.23 | 241,824.01 | 299,400.10 | 221,353.57 | | 9,596,832.86 |
| PS | SMF | 105,680.63 | 105,376.88 | 109,812.07 | 102,562.76 | 134,321.38 | 97,643.94 | | 3,555,861.79 |
| PS | TYS | 47,801.04 | 46,845.13 | 49,321.34 | 50,314.34 | 45,330.96 | 48,406.45 | | 1,529,346.12 |
| | | 3,769,176.09 | 3,806,731.27 | 3,977,934.01 | 3,761,182.36 | 3,871,170.02 | 3,566,892.60 | - | 138,505,411.22 |

| Calc | Base | 9/2/2005 | 9/30/2005 | 10/28/2005 | 11/25/2005 | 12/23/2005 | 1/20/2006 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Var. | ATL | 11,826.47 | (16,685.44) | (14,196.49) | (7,309.18) | (20,798.91) | (7,363.17) | | 747,719.98 |
| Var. | DSM | (873.36) | 9,386.35 | 12,936.56 | 11,486.39 | (391.26) | 14,030.53 | | 210,370.09 |
| Var. | DTW | 30,642.59 | 32,057.08 | 30,998.74 | 32,364.16 | 17,105.67 | 30,575.44 | | 1,545,055.61 |
| Var. | FSD | 20,750.76 | 21,914.13 | 27,899.01 | 24,757.16 | 37,229.27 | 25,051.90 | | 973,091.31 |
| Var. | GFK | 8,523.59 | 9,334.52 | 9,311.03 | 9,171.15 | 8,416.29 | 8,163.66 | | 484,573.14 |
| Var. | GRR | 9,621.05 | 13,736.35 | 15,309.59 | 14,355.11 | 233.15 | 15,471.36 | | 303,116.41 |
| Var. | HNL | (246.56) | 1,083.30 | 1,158.60 | (685.34) | (2,603.71) | 4,451.56 | | 225,699.62 |
| Var. | ICT | 14,454.71 | 11,388.28 | 14,932.21 | 12,534.68 | 12,002.70 | 11,866.87 | | 371,444.39 |
| Var. | IND | 40.65 | (3,613.73) | (5,512.43) | (6,368.35) | (18,181.93) | (6,689.66) | | 472,339.73 |
| Var. | LAX | 57,635.50 | 71,552.97 | 64,215.62 | 60,078.08 | (38,577.66) | 7,573.23 | | 3,209,704.79 |
| Var. | MCI | 24,270.69 | 22,629.71 | 37,645.87 | 18,207.99 | (11,721.79) | 20,184.09 | | 958,410.25 |
| Var. | MCO | 9,164.77 | 21,076.91 | 1,746.73 | 1,554.54 | (590.24) | 26,185.61 | | 894,151.53 |
| Var. | MIA | 109,467.63 | 111,108.51 | 113,618.09 | 88,065.15 | 55,114.63 | 89,309.16 | | 1,702,236.00 |
| Var. | MKE | 5,176.60 | 2,423.85 | (2,090.19) | (1,600.23) | 3,881.60 | (3,392.68) | | 385,183.47 |
| Var. | MSP | 32,168.76 | 31,617.32 | 35,052.28 | 34,199.31 | 33,936.10 | 30,032.24 | | 1,809,478.99 |
| Var. | OAK | 80,467.88 | 71,841.62 | 72,741.74 | 71,746.43 | (5,922.81) | 43,345.24 | | 3,741,484.33 |
| Var. | OMA | 15,104.96 | 13,421.16 | 12,885.97 | 11,678.00 | 16,169.65 | 9,598.88 | | 586,549.32 |
| Var. | ONT | 149,404.67 | 161,066.25 | 182,442.85 | 199,527.83 | 132,825.33 | 166,471.00 | | 5,265,814.26 |
| Var. | ORD | 58,247.27 | 62,377.21 | 63,355.20 | 51,781.63 | 38,635.19 | 49,737.35 | | 1,741,959.06 |
| Var. | SAN | 34,601.70 | 32,530.20 | 30,298.97 | 16,427.00 | 13,260.28 | 12,455.63 | | 1,204,010.52 |
| Var. | SFO | 21,751.90 | 33,877.14 | 28,096.35 | 19,224.26 | 20,192.43 | 3,094.02 | | 1,353,180.35 |
| Var. | SMF | 24,718.50 | 24,109.62 | 30,987.51 | 21,239.26 | 23,944.99 | 18,890.06 | | 1,026,900.96 |
| Var. | TYS | 8,709.16 | 9,901.84 | 11,431.06 | 10,756.12 | 2,435.85 | 10,215.70 | | 297,029.47 |
| | | 725,629.90 | 748,135.17 | 775,264.86 | 693,191.14 | 316,594.83 | 579,258.05 | - | 29,509,503.57 |
| | | | | | | Less ORD Dest. Paid (see note 7): | | | (1,164,545.86) |
| | | | | | | Total Revenue Loss: | | | 28,344,957.71 |

# Total Actual Weight

| Base | 3/1/03 - 12/31/03 | 1/1/04 - 12/31/04 | 1/1/05 - 12/31/05 | 1/1/06 - 1/20/06 |
|---|---|---|---|---|
| | Lbs. | Lbs. | Lbs. | Lbs. |
| ATL | 34,510,167 | 45,323,282 | 40,736,590 | 1,932,641 |
| DSM | 22,116,572 | 29,544,369 | 32,885,025 | 2,166,366 |
| DTW | 23,765,098 | 35,885,142 | 38,165,567 | 1,906,744 |
| FSD | 9,871,580 | 15,740,741 | 15,959,564 | 955,406 |
| GFK | 10,113,309 | 15,162,148 | 14,949,897 | 860,024 |
| GRR | 11,486,564 | 15,069,346 | 18,260,914 | 1,100,732 |
| HNL | 9,330,839 | 10,837,820 | 15,671,580 | 666,797 |
| ICT | 9,769,303 | 12,490,205 | 13,201,794 | 702,481 |
| IND | 24,151,010 | 26,011,014 | 27,916,274 | 1,672,342 |
| LAX | 93,311,970 | 115,006,751 | 112,178,139 | 5,357,408 |
| MCI | 38,524,719 | 48,356,684 | 47,474,346 | 2,490,687 |
| MCO | 48,534,319 | 60,214,196 | 59,003,876 | 1,676,839 |
| MIA | 59,373,311 | 72,063,673 | 82,920,890 | 4,222,776 |
| MKE | 30,483,810 | 35,539,817 | 38,277,113 | 2,156,068 |
| MSP | 50,727,692 | 69,811,276 | 65,458,258 | 3,437,022 |
| OAK | 47,128,411 | 60,399,263 | 61,983,617 | 3,088,969 |
| OMA | 24,251,274 | 28,411,211 | 27,682,862 | 1,500,227 |
| ONT | 68,071,136 | 92,964,030 | 105,991,666 | 5,726,624 |
| ORD | 53,333,966 | 68,982,728 | 70,052,781 | 3,529,914 |
| SAN | 31,044,771 | 37,706,408 | 36,986,010 | 1,858,657 |
| SFO | 48,896,266 | 64,286,296 | 64,576,997 | 3,182,690 |
| SMF | 26,507,215 | 38,931,946 | 45,384,652 | 2,292,182 |
| TYS | 9,298,627 | 11,351,198 | 14,781,538 | 838,053 |
| | **784,601,929** | **1,010,089,544** | **1,050,499,950** | **53,321,649** |

Note: The above weights are not the USPS claimed weights, which are under dispute by EAGLE. Weights noted on this summary consist of actual reported weights handled at each location on a calendar year basis. These weights were used to create the 'baseline' weights later expanded to the estimated allocations at 1.25bb pounds. For purposes of creating the baseline and the lost revenue charts, some adjustments were made (volume handled on Mondays and/or holidays was removed, unplanned days off for weather events were allocated an average weight, etc.).