IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC., Plaintiff, | ) | No. 06-11C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**DECLARATION OF THOMAS G. BLACK**

I, THOMAS G. BLACK, on oath and under penalty of perjury pursuant to 28 U.S.C. § 1746, state as follows:

1. I have personal knowledge of the facts set forth in this declaration.

2. The United States Postal Service ("USPS" or the "Postal Service") employs me as a Purchasing and Supply Management Specialist. I have served in this capacity since August, 2002.

3. During 2002 and 2003, I participated in negotiations between USPS and Evergreen Aviation Ground Logistics Enterprises, Inc. ("EAGLE") for the payment of a lump sum and the amendment of contract numbers SNET-01-PR, SNET-01-SER, and SNET-01-GLR (collectively referred to as the "Reformed Contract").

4. During these negotiations, we relied upon a pay model. This model calculated the revenues that EAGLE could receive depending upon assumptions regarding inputs like density, volume, and weight. However, the pay model contained no guarantees of any volume.

5. At no time did I nor, to my knowledge, any USPS employee promise that USPS would supply 1.25 billion pounds of mail to EAGLE under the Reformed Contract.

6. At no time did EAGLE's representative inform us that they believed EAGLE was guaranteed 1.25 billion pounds of mail annually under the Reformed Contract.

7. I explained to Daniel G. Bonham, EAGLE's Director of Marketing that, for example, such a guarantee would make no sense because USPS cannot control the volume of mail that it has available to render to EAGLE for processing. I did not imply, however, that this was the only possible reason that the USPS may render either greater than or less than the estimated 1.25 billion pounds.

8. Mr. Bonham and I discussed the USPS' insistence that the Reformed Contract contain language explaining that EAGLE was not guaranteed 1.25 billion pounds of mail annually under any circumstances.

9. Representatives for both parties negotiated the "no guarantee" language in section A.1.a. of the Reformed

Contract and EAGLE signed the Reformed Contract without insisting that we change the language to promise them 1.25 billion pounds. EAGLE's representatives, including Mr. Bonham, accepted that USPS was not guaranteeing 1.25 billion pounds of mail annually under any circumstances.

Executed and affirmed this 13th day of April 2006.

s\THOMAS G. BLACK
Thomas G. Black
Purchasing and Supply Management Specialist
United States Postal Service