# In The United States Court of Federal Claims

No. 06-11 C

(Filed: May 2, 2006)

EVERGREEN AVIATION GROUND
LOGISTICS ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 1, 2006, plaintiff filed a response to defendant's motion to dismiss. This response was filed out of time and is hereby stricken pursuant to RCFC 7.1. Should plaintiff wish to refile its response, it shall do so as soon as possible, accompanied by an appropriate motion to file the response out of time that complies with paragraph 3(a) of this court's Special Procedures Order of April 19, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge