# In The United States Court of Federal Claims

No. 06-11 C

(Filed: May 17, 2006)

EVERGREEN AVIATION GROUND
LOGISTICS ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion to dismiss and plaintiff's cross-motion for summary judgment will be held in this case on Friday, August 11, 2006 at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge