IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC., Plaintiff, | ) | |
| v. | ) | No. 06-11C Allegra, J. |
| UNITED STATES, Defendant. | ) | |

EAGLE'S RESPONSE TO THE COURT'S
REQUESTS DURING HEARING ON AUGUST 30, 2006

1. During oral argument on the pending cross-motions for summary judgment, the Court asked EAGLE's counsel to supply Exhibit 1 to the Memorandum of Understanding between the parties, Bonham Affidavit Ex. 7. EAGLE has conducted a diligent search for this document in its files, but could not find a copy of Exhibit 1.

2. The Court also asked EAGLE's counsel to provide examples of cases involving a requirements contract that includes "does not guarantee" language similar to that in the Reformed Contract. Without performing an exhaustive search, we provide the following examples of requirements contracts in which the government is a party:

a. *Tennessee Valley Auth. v. Imperial Prof. Coatings*, 599 F. Supp. 436 (E.D. Tenn. 1984). The requirements contract in this case stated in

relevant part, "TVA does not guarantee to purchase any *maximum* or *minimum* amount as TVA's actual requirements may differ from the TVA estimate." *Id.* at 438 (emphasis in original). Please also note that the *TVA* court ruled that the standard "Changes" clause cannot be used to change specific provisions of the requirements clause. *Id.* at 440.

b. *United States v. Thurston Motor Lines, Inc.*, 718 F.2d 616 (4th Cir. 1977). The requirements contract in this case stated in relevant part, "[T]he Government does NOT guarantee that traffic will amount to the estimates herein." *Id.* at 619 (emphasis in original).

c. *Pacific Ports Indus., Inc.*, 57-1 BCA (BNA) ¶ 1,190 (ASBCA 1957). The requirements contract in this case stated in relevant part, "The Government does not guarantee that the stated quantities, or any specific quantity, of work will be required to be performed during the contract period." *Id.* at 3,317.

Respectfully submitted,

/s/Frederick W. Claybrook, Jr.

Frederick W. Claybrook, Jr.
(Counsel of Record)
Daniel R. Forman
Rebecca Lee

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 624-2500

Attorneys for EAGLE

September 6, 2006