IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 06-11C<br>Allegra, J. |

STIPULATION OF DISMISSAL

Pursuant to CFCR 41(a)(1) and a Settlement Agreement entered into by the parties on September 29, 2006, the parties stipulate to the dismissal of this action with prejudice. Each party is to bear its own costs.

For Evergreen Aviation Ground
Logistics Enterprises, Inc.

s/Frederick W. Claybrook, Jr.
FREDERICK W. CLAYBROOK, JR.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Suite 1100
Washington, D.C. 20004-2595
Tel: (202) 624-2695
Fax: (202) 628-5116

October 5, 2006

For the United States

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification United
Washington, D.C. 20005
Tel: (202) 352-0527
Fax: (202) 302-2118

October 5, 2006